

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **HARRY VALENTINE** | * | **CIVIL ACTION NO. 11-1465** <br> **SEC. P.** |
| **VERSUS** | * | **JUDGE DONALD E. WALTER** |
| **SUSAN SHULTS, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint, be, and is hereby **DISMISSED**. Fed.R.Civ.P. 41(b); LR 41.3W.

THUS DONE AND SIGNED in chambers, Shreveport, Louisiana, this 28 day of Dec, 201_.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE